RECEIVED
SEP 25 2009
TONY R. MOORE, CLERK
BY_____ DEPUTY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

SHREVEPORT DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL NO. 09-CR-00250 |
| VERSUS | * | JUDGE: Hicks |
| DANIEL EARL DANFORTH | * | MAGISTRATE JUDGE HORNSBY |

## INDICTMENT

THE GRAND JURY CHARGES:

COUNT 1
18 U.S.C. § 241
Conspiracy Against Rights

From on or about October 23, 2008, through on or about October 26, 2008, in the Western District of Louisiana, the defendant,

**DANIEL EARL DANFORTH,**

did willfully combine, conspire, and agree with at least one other person to injure, oppress, threaten, and intimidate **DANFORTH's** grandmother, who is white; his cousin, who is white; and his cousin's then-boyfriend (now-husband), who is African American, all of whom reside on Danforth Road in Athens, Louisiana, in the free exercise and enjoyment of a right secured to them by the Constitution and laws of the United States; that is, the right to occupy a dwelling free from injury, intimidation, and interference based on race.

PLAN AND PURPOSE

It was part of the plan and purpose of this conspiracy that **DANFORTH** and his co-conspirators would construct a cross from pine trees, transport the cross to Danforth Road, and burn

the cross near homes owned and occupied by the victims, and thereby intimidate and interfere with their enjoyment and occupancy of their homes.

## OVERT ACTS

In furtherance of this conspiracy and to accomplish its objectives, the conspirators committed the following overt acts, among others, between on or about October 23, 2008, and on or about October 26, 2008, within the Western District of Louisiana:

1. **DANFORTH** invited several other individuals to help him build and burn a cross at his grandparents' house on Danforth Road in Athens, Louisiana.

2. **DANFORTH** and/or co-conspirator(s) built a cross out of two small pine trees and covered it with oil or another ignitable liquid.

3. **DANFORTH** and/or co-conspirator(s) transported the cross to Danforth Road and lit the cross on fire behind **DANFORTH's** grandparents' house.

4. **DANFORTH** telephoned a cousin, who was living at the grandparents' house, in order to ensure that the cross would be seen.

5. Later that same day, **DANFORTH** again called the cousin and directed her to walk to the location of the cross, ensuring that the cross would be found.

All in violation of Title 18, United States Code, Section 241.

## COUNT 2
42 U.S.C. §§ 3631, 2
Criminal Interference with Right to Fair Housing

From on or about October 23, 2008, through on or about October 26, 2008, in the Western District of Louisiana, the defendant,

**DANIEL EARL DANFORTH,**

while aiding and abetting and being aided and abetted by at least one other person, did by force and threat of force, willfully intimidate and interfere with, and attempt to intimidate and interfere with, **DANFORTH's** grandmother, who is white; his cousin, who is white; and his cousin's then-boyfriend (now-husband), who is African American, because of the race of the boyfriend and the interracial relationship between the cousin and the boyfriend, and because the victims were occupying dwellings. This offense involved the use and attempted use of fire; specifically, **DANFORTH** and/or co-conspirator(s) burned and attempted to burn a cross near the victims' homes in order to interfere with the victims' housing rights.

All in violation of Title 42, United States Code, Section 3631, and Title 18 United States Code, Section 2.

COUNT 3
18 U.S.C. §§ 844(h)(1), 2
Use of Fire in the Commission of a Federal Felony

From on or about October 23, 2008, through on or about October 26, 2008, in the Western District of Louisiana, the defendant,

**DANIEL EARL DANFORTH,**

while aiding and abetting and being aided and abetted by at least one other person, did willfully use fire to commit a felony offense prosecutable in a court of the United States, namely, the felony offenses of Conspiracy Against Rights and Criminal Interference with the Right to Fair Housing, as charged in Counts 1 and 2 of this Indictment and incorporated herein.

All in violation of Title 18 United States Code, Sections 844(h)(1) and 2.

<u>COUNT 4</u>
18 U.S.C. § 1519
Destruction or Concealment of Tangible Objects

Between on or about October 26, 2008, and on or about October 30, 2008, in the Western District of Louisiana, the defendant,

**DANIEL EARL DANFORTH,**

did knowingly destroy, mutilate, conceal, and cover up a tangible object; that is, the cross that burned on Danforth Road in Athens, Louisiana, as charged in Counts 1 and 2 of this Indictment and incorporated herein, with the intent to impede, obstruct, and influence the investigation of a matter within the jurisdiction of any department or agency of the United States; that is, the Federal Bureau of Investigation's investigation into the cross-burning.

All in violation of Title 18 United States Code, Section 1519.

Dated this 25th day of September, 2009.

A TRUE BILL __

| | |
|---|---|
| DONALD W. WASHINGTON<br>United States Attorney<br>Western District of Louisiana<br><br>By: *Mary J. Mudrick*<br>MARY J. MUDRICK, LA Bar No. 01992<br>Assistant United States Attorney<br>300 Fannin Street, Suite 3201<br>Shreveport, Louisiana 71101<br>(318) 676-3600 | LORETTA KING<br>Acting Assistant Attorney General<br>United States Department of Justice<br>Civil Rights Division<br><br>By: *[signature]*<br>ERIN ASLAN, DC Bar No. 976504<br>Trial Attorney<br>Criminal Section<br>950 Pennsylvania Avenue, NW - PHB 5810<br>Washington, District of Columbia 20530<br>(202) 514-3204 |