UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

SHREVEPORT DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | : CRIMINAL No. 09-CR-00250 |
| VERSUS | : JUDGE WALTER |
| DANIEL DANFORTH | : MAGISTRATE JUDGE HORNSBY |

### MEMORANDUM IN OPPOSITION TO MOTION IN LIMINE TO EXCLUDE IMPROPER CHARACTER EVIDENCE

Defendant has no intention of attempting to solicit testimony from any witness which is contrary to the Rules of Evidence. Defendant, however, points out to the court the burden of proof placed on the Government in this case does require proof of racial animus.

Section 3631 of Title 42 of the United States Code clearly requires that the actions of the defendant were motivated by racial animus. In the absence of that proof there can be no conviction. That Section, insofar as applicable here, proscribes only the willful intimidation, interference or attempts to intimidate or interfere with an individual's occupancy of a dwelling because of that person's race. For the Government to assert racial animus is not a part of that crime is specious. It is made even more so by the Government's argument that FRE 404(b) allows the introduction of evidence of prior acts of racial intolerance.

As pointed out by the court, this Motion is best addressed at the time the evidence is presented at trial.

Respectfully submitted,

PETTIETTE, ARMAND, DUNKELMAN,
WOODLEY, BYRD & CROMWELL,
L.L.P.


By: s/Joseph S. Woodley
      Joseph S. Woodley #19228
400 Texas Street, Suite 400
P.O. Box 1786
Shreveport, Louisiana 71101
318/221-1800
318/226-0390 Facsimile
**ATTORNEY FOR DEFENDANT,
DANIEL DANFORTH**

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

SHREVEPORT DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | : CRIMINAL No. 09-CR-00250 |
| VERSUS | : JUDGE WALTER |
| DANIEL DANFORTH | : MAGISTRATE JUDGE HORNSBY |

## CERTIFICATE

I HEREBY CERTIFY that a copy of the foregoing memorandum has been served on all counsel of record, electronically this 28th day of December, 2009.

s/Joseph S. Woodley
**OF COUNSEL**