

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

UNITED STATES OF AMERICA      CRIMINAL NO. 5:09CR00250-01

VERSUS      JUDGE WALTER

DANIEL DANFORTH      MAGISTRATE JUDGE HORNSBY

## EXHIBIT LIST

The following exhibits were admitted into evidence during trial held on 1/19-21/2010

**GOVERNMENT'S EXHIBITS:**      **ENTERED**

| | | |
|---|---|---|
| 014-001 | Photo of 211 Danforth Road | 1/19/2010 |
| 001-001 | Photo of Danforth Road | 1/19/2010 |
| 002-001 | Photo of driveway | 1/19/2010 |
| 003-001 | Photo of Danforth residence | 1/19/2010 |
| 004-001 | Photo of right side of Danforth residence | 1/19/2010 |
| 005-001 | Photo of portion of the Palmer residence | 1/19/2010 |
| 006-001 | Photo of left side of Danforth residence | 1/19/2010 |
| 007-001 | Photo of cattle guard | 1/19/2010 |
| 008-001 | Photo of clearing | 1/19/2010 |
| 009-001 | Photo of view back to Danforth residence | 1/19/2010 |
| 010-001 | Photo of cross - full size | 1/19/2010 |
| 011-001 | Photo of cross - close up of top | 1/19/2010 |
| 012-001 | Photo of cross - close up of bottom | 1/19/2010 |
| 013-001 | Photo of cross - close up of cross-piece | 1/19/2010 |
| 018-001 | October, 2008 calendar | 1/20/2010 |
| 016-001 | Abra Byrd's cellular telephone record | 1/20/2010 |
| 017-001 | Jeremy Maoro's cellular telephone record | 1/20/2010 |
| 015-001 | Summary of Telephone Record 10/26/2008 | 1/20/2010 |
| 020c-001 | Jail Call 10/12/2009 | 1/20/2010 |
| 020d-001 | Transcript 10/12/2009 | 1/20/2010 |