UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

SHREVEPORT DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL NO.: 09-00250-01 |
| VERSUS | * | JUDGE WALTER |
| DANIEL EARL DANFORTH | * | MAGISTRATE JUDGE HORNSBY |

## STIPULATION

The United States, through the undersigned Assistant United States Attorney and Trial Attorney, Criminal Section, Civil Rights Division, Department of Justice, and the defendant, Daniel Earl Danforth, hereby stipulate and agree that:

1. The United States' Exhibits 1 through 9, which are photographs of the residences of Betty and Austin Danforth and Shelley and Jibril Palmer and the surrounding areas, are fair and accurate depictions of the areas represented in each photograph as they appeared in October, 2008, and are admissible evidence pursuant to Federal Rules of Evidence ("Fed. R. Evid.") 901(a), 1001, and 1003.

2. The United States' Exhibit 14, which is a Google Earth aerial photograph, is a fair and accurate depiction of 211 and 212 Danforth Road, Athens, Louisiana, and the surrounding area, as they appeared in October, 2008, and is admissible evidence pursuant to Fed. R. Evid. 901(a), 1001, and 1003.

3. The United States' Exhibit 16, telephone records from AT&T for telephone number (318) 843-4105, subscriber Sharon Johnson, relating to the cellular telephone used by Abra Byrd, and Exhibit 17, telephone records from AT&T for telephone number (318) 230-3259, subscriber David Moro, relating to the cellular telephone used by Jeremy Moro, are authentic records of regularly conducted activity and are admissible evidence pursuant to Fed. R. Evid. 803(6), 901(a),

1001, and 1003.

4. The United States' Exhibit 15, Summary of Telephone Records for October 26, 2008, is a fair and accurate summary of the telephone calls made between the cellular telephones of Abra Byrd and Jeremy Moro on October 26, 2008, as reflected in the United States' Exhibits 16 and 17, is based on competent evidence, and is admissible evidence pursuant to Fed. R. Evid. 611(a) and 1006.

5. The United States' Exhibit 18, which is a photocopy of Kristy Moro's October, 2008, calendar is a fair and accurate duplicate of the original calendar and is admissible evidence pursuant to Fed. R. Evid. 901(a), 1001, and 1003.

6. The United States' Exhibit 19, which is an audio-recording of Betty Danforth's telephone call to 911 on October 26, 2008, is an authentic recording of that call.

7. The United States' Exhibits 20a, 20b, 21, and 22a, which are audio-recordings of excerpts of telephone calls made by the defendant while being held at Bossier Medium Security Facility, are authentic recordings of portions of the defendant's recorded jailhouse calls made on October 12 and 27, 2009, and January 10, 2010.

8. The United States' Exhibit 22b, Isaiah 53:7 (King James), contains a true and accurate statement of the cited verse of the Holy Bible.

9. The defendant reserves the right to object to the admissibility of the United States' Exhibits 10, 11, 12, 13, 19, 20a, 20b, 21, 22a, 22b.

Signed this 18th day of January, 2010.

_____
JOSEPH S. WOODLEY
Attorney for the Defendant

_____
MARY J. MUDRICK, LA Bar No. 01992
Assistant United States Attorney

_____
ERIN ASLAN, DC Bar No. 976504
Trial Attorney